STATE, RELATOR, *v.* McQUITTY ET AL., RESPONDENTS.

(No. 4,015.)

(Submitted March 26, 1917. Decided May 15, 1917.)

[165 Pac. 599.]

(For syllabus, see *State ex rel. Ford* v. *Schofield, ante,* p. 502.)

Original proceeding in *quo warranto* by the State against I. S. McQuitty *et al.* Proceeding dismissed.

*Mr. S. C. Ford,* Attorney General, for Relator.

*Messrs. Jones & Jones, Messrs. Booth & Dousman, Messrs. Gunn, Rasch & Hall, Messrs. Galen & Mettler,* and *Mr. E. G. Toomey,* for Respondents.

### Opinion: PER CURIAM.

There is involved herein the validity of the special Act creating Wheatland county. By stipulation of the parties, the same judgment is to be entered herein as in cause No. 4005, *State ex rel. Ford* v. *Schofield et al., ante,* p. 502, 165 Pac. 594. Upon the authority of that case, this proceeding is dismissed.

*Dismissed.*